# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION
### Civil Action No: 5:19-cv-00529-FL

| | |
|---|---|
| BEAR INVESTMENTS, LLC, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>PENN NATIONAL MUTUAL )<br>CASUALTY INSURANCE COMPANY, )<br>)<br>Defendant. )<br>)<br>) | **STIPULATION OF DISMISSAL** |

Plaintiff and Defendant, having settled and compromised all matters between them in controversy in this action, stipulate and agree, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that all claims are hereby dismissed WITH PREJUDICE with all parties to bear their own costs.

This the 17th day of March, 2025.

BAILEY & DIXON, LLP

By: /s/ David S. Coats_____
    David S. Coats, NC State Bar # 16162
Post Office Box 1351
Raleigh, North Carolina 27602-1351
Telephone: (919) 828-0731
Facsimile: (919) 828-6592
E-mail: dcoats@bdixon.com
*Attorneys for Plaintiff*

J. Scott Flowers, N.C. State Bar No. 31525
Hutchens Law Firm, LLP
Post Office Box 2505
Fayetteville, NC 28302

Telephone: (910) 864-6888
Facsimile: (910) 867-8732
Email: scott.flowers@hutchenslawfirm.com
*Attorneys for Plaintiff*


GOLDBERG SEGALLA LLP


By: /s/ John I. Malone, Jr._____
    John I. Malone, Jr., NC State Bar # 22180
Alexander E. Davis, N.C. State Bar # 51596
David L. Brown, N.C. State Bar # 18942
701 Green Valley Road, Suite 310
Greensboro, NC 27408
Telephone: 336-419-4900
Facsimile: 336-419-4950
Email: jmalone@goldbergsegalla.com
Email: aedavis@goldbergsegalla.com
Email: dbrown@goldbergsegalla.com
*Attorneys for Defendant*

2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing dismissal was served upon all counsel by email and through the Clerk of Court using the CM/ECF system which will send notification of such filing to the following registered participants as identified on the Notice of Electronic Filing:

>J. Scott Flowers
>Hutchens Law Firm, LLP
>Post Office Box 2505
>Fayetteville, NC  28302
>scott.flowers@hutchenslawfirm.com
>*Attorneys for Plaintiff*
>
>John I. Malone, Jr.
>David Brown
>Golberg Segalla LLP
>705 Green Valley Road, Suite 310
>Greensboro, North Carolina 27408
>jmalone@goldbergsegalla.com
>*Attorneys for Defendant*

This the 17th day of March, 2025.

>BAILEY & DIXON, LLP
>
>By: /s/ David S. Coats_____
>   David S. Coats, NC State Bar # 16162
>Post Office Box 1351
>Raleigh, North Carolina 27602-1351
>Telephone: (919) 828-0731
>Facsimile: (919) 828-6592
>E-mail: dcoats@bdixon.com
>*Attorneys for Plaintiff*